1  PAUL L. REIN, Esq. (SBN 43053)
2  AARON M. CLEFTON, Esq.  (SBN 318680)
   REIN & CLEFTON, Attorneys at Law
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:   510/832-4787
5  info@reincleftonlaw.com

6  IRAKLI KARBELASHVILI, Esq. (SBN 302971)
   ALLACCESS LAW GROUP
7  irakli@allaccesslawgroup.com
   1400 Coleman Ave Ste F28
8  Santa Clara, CA 95050
   Telephone: (408) 295-0137
9  Fax: (408) 295-0142

10 Attorneys for Plaintiff
   JERIN FENTON

                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

| JERIN FENTON, | CASE NO. 3:22-cv-04967-WHO |
|---|---|
| Plaintiffs, | Civil Rights |
| v. | **NOTICE OF SETTLEMENT** |
| BRE ALAMEDA I MF PROPERTY OWNER, LLLC; GREYSTAR CALIFORNIA, INC., | |
| Defendants. | |

Plaintiff Jerin Fenton hereby notifies the Court that the parties have reached a global resolution in this case and are in the process of finalizing an agreement. The parties anticipate dismissing this case with prejudice by February 28, 2023.

DATED:  January 17, 2023              REIN & CLEFTON

                                       _/s/ Aaron Clefton_
                                      AARON CLEFTON, Esq.
                                      Attorneys for Plaintiff
                                      JERIN FENTON